WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

FILED
AUG 1 0 2016
MARY C. LOEWENGUTH, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NY

All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice...

## 1. CAPTION OF ACTION

16... CV 645

A.     Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. JERARD (GerAID) WALKER # 98A2082

2. _____

-VS-

B.     Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Correction officer S. Williams     4. Superintendent John B. Lempke (Wende)
2. Correction officer K. Briggs       5. Superintendent James Conway (Attica)
3. Deputy superintendent of Security  6. Deputy superintendent of Security
   (Attica) JOHN DOE                     (Brown) Wende

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

PLAINTIFF'S INFORMATION NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: GerAID Walker #98A2082

Present Place of Confinement & Address: Five Points C.F. 6600 State Route 96

P.O. Box 119 Romulus New York 14541

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

_____

_____

1

DEFENDANT INFORMATION: NOTE: If you provide information about more defendants than there is room for here, use this form as on another sheet of paper.

Name of Defendant: (1) Correction Officers S. Williams and (2) K. Briggs

(If applicable) Official Position of Defendant: Correctional Officer

(If applicable) Defendant is Sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: Wende Correctional Facility 3040 Wende Road
P.O. Box 1187 Alden New York 14004-1187

Name of Defendant: Deputy Superintendents for Security (3) Brown and (4) John Doe

(If applicable) Official Position of Defendant: Superintendents of Security

(If applicable) Defendant is Sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: Wende C.F. P.O. Box 1187 Alden N.Y. 14004 (Brown)
Attica C.F. P.O. Box 149 Attica N.Y. 14011 (John Doe)

Name of Defendant: Superintendents (5) James Conway and (6) John Lempke

(If applicable) Official Position of Defendant: Superintendents

(If applicable) Defendant is Sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: Wende C.F. P.O. Box 1187 Alden N.Y. 14004 (Lempke)
Attica C.F. P.O. Box 149 Attica N.Y. 14011 (Conway)
Six Total Defendants

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes __✓__ No ____

If Yes, complete the next section. NOTE: If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.

1. Name(s) of the parties to this other lawsuit:

Plaintiff(s): Jerard Walker

Defendant(s): The State of New York

2. Court (if federal court, name the district; if state court, name the county): The Supreme Court Court of Claims New York State

3. Docket or Index Number: #125877 (Claim #) Index #4001805J

4. Name of Judge to whom case was assigned: The Honorable Richard E. Sise

The approximate date the action was filed: _September 16 2015_

6. What was the disposition of the case?

        Is it still pending?  Yes ✓  No____

           If not, give the approximate date it was resolved._____

        Disposition (check the statements which apply):

        ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

              ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

              ____ By court for failure to exhaust administrative remedies;

              ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

              ____ By court due to your voluntary withdrawal of claim;

        ____ <u>Judgment</u> upon motion or after trial entered for

           ____ plaintiff

           ____ defendant.

**B.** Have you begun any other lawsuits in federal court which relate to your imprisonment?

        Yes____  No ✓

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

        Plaintiff(s):_____

        _____

        Defendant(s):_____

        _____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

        _____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

        Is it still pending?  Yes____  No____

           If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

_____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

_____ By court for failure to exhaust administrative remedies;

_____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

_____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

_____ plaintiff

_____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include all possible claims.)

*Assault And Battery*    *Infliction of Emotional Distress*    *Deliberate Indifference*

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

*Retaliation    Unlawful Confinement    Slander    Conspiracy*

Please note that it is not enough to just list the ground(s) for your action. You must include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

## Exhaustion of Administrative Remedies

Note that according to 42 U.S.C. § 1997e(a), "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

A. **FIRST CLAIM:** On (date of the incident) Excessive Force \ Assault and Battery

defendant (give the name and position held of each defendant involved in this incident) CO K. Briggs AND CO S. Williams

did the following to me (briefly state what each defendant named above did): NOT ENOUGH Space Provided Please See Attached Statement of Claim or Seperate Pieces of Paper. (The whole complaint is Attached.)

The constitutional basis for this claim under 42 U.S.C. § 1983 is: 8th Amendment Cruel And Unusual Punishment

The relief I am seeking for this claim is (briefly state the relief sought) $350.000.00 compensatory and Punitive Damages three hundred and fifty Thousand Dollars

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes ____ No If yes, what was the result? Sent To I.G.

Did you appeal that decision? ✓ Yes ____ No If yes, what was the result? I.G. Found Misconduct occured

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: Yes I Did Grievance Attached exhaust my Remedies

A. **SECOND CLAIM:** On (date of the incident) See attached papers for Claim Two Three Nine.

defendant (give the name and position held of each defendant involved in this incident) COs K. Briggs S. Williams DSS John Doe AND Brown \ Superintendents James Conway and John B Lempke

5

did the following to me (briefly state what each defendant named above did): _See_

Attached Statement of Claim of claims Two Thru Nine. Hand Written on Complaint Not enough Space. Notices Defendants are the Same. All Submitted Pursuant To 42 U.S.C. 1983

The constitutional basis for this claim under 42 U.S.C. § 1983 is: 1st 9th 14 8th

The relief I am seeking for this claim is (briefly state the relief sought): 2 thru 9
1,265,000.00 One Million Two Hundred and Sixty Five Thousand Compensatory and Punitive Damages

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ___✓___ Yes _____ No  If yes, what was the result? _____

Did you appeal that decision? ___✓___ Yes _____ No  If yes, what was the result? Misconduct Substantiated By The N.Y.S. Inspector Generals Office

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**If you have additional claims, use the above format and set them out on additional sheets of paper.** Sheets Attached

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Compensatory and Punitive Damages in the amount of 1,165,00 Total For all claims asserted. That is the relief Sought

Do you want a jury trial? Yes_____ No_____

6

ATTACHED STATEMENT
OF CLAIM, CAPTION
OF ACTION ████.
Space PROVIDED WASN'T enough
To State CLAIM And
list all defendants. And my
Grievance which was appealed
To C.O.R.C. exhausting my
administrative Remedies

Fernando Walker

7/31/16

?

ATTACHED sheets
Statement of claim
complaint Appendix
Grievance WDE 39520-M

United States District Court
Western District of New York
Complaint under Civil Rights Act 42 U.S.C.
1983

1. Caption of Action #
(JERARD) Gerald Walker # 98A2082
Plaintiff
- vs -
Defendants
1. CO S. Williams (Wende C.F.)
2. CO K. Briggs (Wende C.F.)
3. DSS Brown (Wende C.F.)
4. DSS John Doe (Attica C.F.)
5. Superintendent James Conway Attica C.F.
6. Superintendent John B. Lempke Wende C.F.

2. Statement of Jurisdiction
This action is brought pursuant to 42
U.S.C. 1983. The court has Jurisdiction
over the action pursuant to 28 U.S.C. 1331,
1343 (3) and (4) and 2201. This is a civil action
seeking relief and or damages to defend and
protect rights guaranteed by the constitution
of the united states

3. Parties To This action
Plaintiffs Information Jerard Gerald Walker
98A2082 W600 State route 96 P.O. Box 119
Romulus N.Y. 14541 Five points C.F.

Defendants Information
1. CO K. Briggs Sued in his individual
and official capacities 3040 Wende RD.
P.O. Box 1187 Alden, N.Y. 14004-1187

2. CO S. Williams Sued in her individual
and official capacities 3040 Wende RD.
P.O. Box 1187 Alden, N.Y. 14004-1187

(3) Superintendent of Wende C.F. John B.
Lempke Sued in his Individual and
official capacities, 3040 Wende RD.
P.O. Box 1187 Alden, N.Y. 14004-1187

(4) Superintendent of Attica C.F.
James Conway Sued in his
Individual and official capacities
639 Exchange St. P.O. Box 149 Attica
New York 14011-0149

(5) Deputy Superintendent of Security
Wende C.F. Porous Sued in his
individual and official capacities 3040
Wende RD. Alden, N.Y. 14004-1187

(6) Deputy Superintendent of Security Attica C.F.
John Doe Sued in his individ-
ual and official capacities. 639
exchange St P.O. Box 149 Attica N.Y.
14011-0149


4. Previous lawsuits in Federal court
A.                    Have I begun any
other lawsuits in State or Federal
court dealing with the Same Facts
Involved in this action? Yes
1. Plaintiff: Jerard Walter 98A2082
Defendant: The State of New York
2. Court of claims New York State
Supreme court Albany County.
3.                 Index # H0018055
Claim # 125877
4. Name of Judge. Richard E. Sise
5. Filed on 9/18/15
6. I have not begun any other Law-
suits in Federal court which relate
to my Imprisonment.

This is True under Penalty of Perjury under (true) and correct of Jerard Walter

(Attached papers to complaint)
Description of Incident
42 USC 1983 Statement of claim
Handwritten complaint under 42 U.S.C. 1983
5.  STATEMENT OF claim (FACTS)

① ON AUGUST 7, 2014 While WORKING IN Wende C.F. Messhall officer S. Williams submitted a ticket To Sgt. D. Minnick Accusing Me of Misbehavior. He Then Asked Me What Happened.

② I Told Him that earlier That Day C.O. S. Williams escorted The New Workers To The State shop To recieve Their Whites and that I had a call-out To recieve Greens And underclothes Which I produced and showed her. I Then had Those items Issued To Me.

③ The State shop civilian And I DID Have a dispute But it was Nothing major. After She (S. Williams CO) questioned Me about That we returned To The Messhall with No Problem. Sgt D. Minnick then told C.O. S. Williams That if it was really A Problem She Should of locked Me up earlier And refused To Accept The Ticket For Misbehavior.

④ Sgt D Minnick then told Me I No longer Work in the Messhall. He said He Will Have Me Brought Back to the Program committee To recieve another Program.

⑤ C.O. S. Williams Got angry and Began Following Sgt D. Minnick around

The Messhall speaking loudly to the other officers. S. Williams (co) stopped following the sgt. And began a conversation with co K. Briggs. About 15 minutes later chow began, lunch. Me and another person were in the kitchen sitting down when co S. Williams approaches me and said she wanted to speak with me.

6) I got up and followed her to the back of the Messhall where K. Briggs appeared. When I turned to look at him and then back to face her S. Williams (co) struck me in the front of the head with her baton. Then I was struck numerous times in the back of the head by co K. Briggs. The strikes/hits continued to the back, arms, head and ribs. I was hit in the front of the head again as I was going down.

7) Other officers responded and struck me with their batons also while I was down. I was kicked and poked while being talked to in a derogatory manner. Then another officer (co keller) came and handcuffed me, lifted me up, And moved me to the dock door where he and other officers who just came took me to medical.

8) In medical some of my injuries and pictures were taken. I got a few butterfly stitches because I re-

2

fused staples or needle stitches. The nurse was nasty trying to downplay my injuries. I had my head and arm x-rayed and was put in SHU on 8/8/14. I got a misbehavior report for assault on staff, violent conduct, disobeying a direct order and interference. I requested assistance and all civilian employees as witnesses. I also requested convict witnesses.

(9) CO S. WILLIAMS and CO K. BRIGGS sadistically and maliciously conspired with evil intent to cause me physical and emotional harm by viciously assaulting me with weapons and battering me using deadly force. They then falsified paperwork and made false statements to frame and slander me giving me a fabricated ticket accusing me of assault to cover up their criminal acts in the process. The defendants conduct was illegal and was in no way within the scope of their employment, nor in the discharge of any official duty as corrections officers.

(10) After a few days in Wende SHU I was moved to Attica SHU. The next day an I.G. investigator visited me and asked about the incident. I told him what happened to the best of my recollection at the time. He then told me that food services administrator Smith told the captain it was an unprovoked attack

3

That Took Place And Her Statement
Differed From The officers, And The
officers Co S.Williams and K.Briggs(co)
Were immediately Suspended And That
I Would Be released From SHU.

(11) I was not released. I was in Attica
SHU For over 2 Weeks With Nothing But
The clothes on My Back. No Property at All.
I Had Pissy Water Thrown in My Vent
Daily Flooding My Floor causing unsanitary
conditions. I was Denied Showers, I could
not go to rec Without a Sweatshirt or
a coat. I was Verbally Harassed and
Threatened Daily in Fear For My Safety
In Attica Special Housing Unit for Assault
on Staff a Female at That. ▓▓▓ ▓▓▓
▓▓▓▓ I was ▓▓▓▓▓ Behind Plexiglass So
I couldn't communicate With AnyBody. And
I was Physically Injured at That Time.
This Was cruel and unusual Punishment in
its purest Form. I suffered emotionally
And Physically, Immensely.

(12)   I never Had a chance To defend
Against The charges. No Due Process at
all. No Hearing at all. I Personally
spoke To everyone From Superintendent
conway To Sgt cochran on rounds. I
Asked about a Hearing And was Ignored.
I asked To Be Moved To Population And
Was Denied. I Filed complaints and
Grievances and got No response. I Finally
Spoke To First Deputy Susan Kickbush Who
Told Me I was a HoldOver and thats

4

Why I DiDn't get Anything But Pen And Paper. I explained in Detail The circumstances and She Saw I HAD Nothing. She TOLD Me To Put My Requests in Writing and I DiD So.

13. In Her response She TOLD Me I WOULD Be receiving Things I Stored in The Box over 2 weeks with No Books, Mail, Pictures, legal work, Stamps, or clothes. On September 4th I was Moved To Five Points C.F. and released on September 5th 2014. In october I was contacted By Matt BloomingDale From the Bureau of labor Relations and told he needed Me To Testify at a Disciplinary/Arbitration Hearing For (co S. Williams and co K. Briggs) The officers who assaulted Me and I DiD. I Been Having trouble ever Since in this Facility.

14. I Have HAD My Paperwork Destroyed or Taken, My Property Destroyed or Taken, and Have Been Harassed By the Rogue element in this Jail. In June 2015 The I.G. investigators come To see Me about My claims of retaliation and While here They informed Me That The end result of Their investigation Was The Charges of Misconduct Were Substantiated.

15. I have Filed Numerous Grievances (for) Requests and appeals To counsel To Recieve Proof of That Decision and Have Been Denied Now I File This Complaint under 42.U.S.C.1983

5

<u>Exhaustion of Administrative remedies</u>

In accordance with 42 U.S.C. § 1997 I have exhausted My administrative remedies By Filing a grievance For each claim asserted in the complaint And appealing That Grievance all The Way To C.O.R.C. recieving a Final Determination.

All My claims Stem From one incident which occured on August 7th 2014 Grievance #WDE-39520-14 (FPT-22593-14) code 49 The Final Determination From CORC Was Grievance granted in part And turned over to I.G. (See Grievance attached) I have Filed other Grievances as well From the side effects of The Stem issue and appealed Those all The Way To corc also.

First Claim: On 8/7/14 Defendants CO S.Williams and Co K.Briggs did the Following To me: Sadistically and Maliciously assaulted and Battered Me With Deadly Force. Viciously using a weapon striking Me Numerous Times in the Head and Body causing Injuries. Assoult And Battery excessive Force The Constitutional Basis For This claim under 42 USC 1983 is cruel and unusual Punishment 8th Amendment. The relief I am Seeking is 350,000.00. 150,000.00 each Defendant For compensatory Damages and 25,000.00 Each Punitive Damages.

Second Claim: On 8/7/14 Defendants CO S.Williams And Co K.Briggs did the Following to me: conspired With Sadistic

6

And Malicious intent Before and During, And After The assault To Violate My constitutional rights and To commit a criminal act Then to cover it up. Conspiracy The constitutional Basis For This claim under 42 U.S.C. 15 1st 5th 8th 14th amendment Equal protection? The relief I am Seeking is 60,000.00 25,000.00 each compensatory Damages 5,000.00 each Punitive Damages.

Third Claim ON 8/7/14 C.O. J. Williams and C.O. K. Briggs DiD The Following to Me 8 Sadistically and Maliciously retaliated against me For exercising My right For redress For Defending Myself against False charges using My Free Speech Retaliation The constitutional Basis For This claim is The First Amendment The relief I am Seeking is 50,000.00 each For compensatory Damages and 5,000.00 Each Punitive Damages.

Fourth Claim From 8/7/14 to 9/5/14 Defendants Superintendents James Conway (Attica C.F.) And John B. Lempke (Wende C.F.) AND Deputy Superintendents of Security Brown (Wende C.F.) And John Doe (Attica) kept Me confined In Shu Without a hearing or Disposition For approximately 30 Days. They were all Personally aware and Ignored Their Duty To Follow The Rules/Laws. No Due Process The constitutional Basis For This is 5th 6th And 14th Amendments The relief I am Seeking For This claim is 180,000.00 20,000.00 For Punitive Damages 25,000.00 compensatory Damages.

Fifth claim is from 8/7/14 to 9/5/14 Defendants Superintendents -James conway (Attica CF) and John B Lemple (Wende CF) and DSS Brown (Wende CF) and John Doe (Attica CF) knowingly and unlawfully kept me confined in the special housing unit. I had a liberty interest to be free from unlawful restrictions, unlawful confinement The constitutional basis for this claim under 42 U.S.C 1983 is False Imprisonment 8th and 14th Amendments The relief I am seeking for this claim is 20,000.00 2500.00 each Punitive and 2500.00 each compensatory Damages.

Sixth claim on 8/7/14 Defendants CO S. Williams and CO K. Briggs Maliciously and sadistically framed me for assault and slandered me by Falsely accusing me of attacking a Female CO Then Falsified Documents to Bolster Their lies. Slander/Fraud/Falsification of records The constitutional Basis for This claim under 42 U.S.C. 1983 is 42U.S.C 1983 civil rights 1st 5th 8th 14th Amendments The relief I am seeking for this claim is 20,000.00 7500.00 Each compensatory Damages and 2500.00 Each for Punitive Damages.

Seventh claim on 8/7/14 Defendant CO K. Briggs sadistically and Maliciously Filed a false Misbehavior report to have me con-fined And sent to The special housing unit Knowing I would be prosecuted with the intentions to testify against me as evidenced by his numerous False reports. The

Disciplinary Process WAS used as a tool
To Illegally cover up Misconduct. The
constitutional Basis of This claim is set on
14th 8th Amendments Malicious prosecution, False
charges. The relief I am Seeking is $ 25,000
00 20,000.00 compensatory and 5,000.00
For Punitive Damages.

- Eighth Claim 8 From 8/1/14 To 9/5/14
Defendants James conway, John templeke
Superintendents of Attica And Wende C.F.
And Deputy Superintendents for Security
For Attica And Wende C.F. John Doe
And Brown Did The Following to me:
FAiled in their Duty To Follow Well
established laws and Directives By
Denying me any property for weeks, By
not Giving me a change of clothes for
weeks, And By keeping me confined in
SHU With No hearing for a month. I
Was Denied Due Process And was treated
inhumanely and The administration in
Both Facilities was Personally aware of
My Situation Then Did Nothing to correct
it. My rights were Ignored After The
Prison attempt had an Idea I was
Innocent After No hearing was held. I
Was confined in SHU over 2weeks
above The Allowable 14 Days To complete
a hearing and could of easily Been
released To Population under Better con-
ditions. All Four Administrators/Defendant
were unlawfully Deliberately Indifferent
To My Situation. The constitutional Basis
For This claim is 8 Deliberate indifference
cruel and unusual Punishment Due Process
8th 14th Amendments I am Seeking
50,000.00 7500.00 each for for

9

compensatory Damages and $1,500.00 EACH
For Punitive Damages.

NINTH CLAIM: On 8/7/14 S. Williams co
And K. Briggs (co) Defendants sadistically
and Maliciously conspired To viciously
assault me with weapons using Deadly
Force. They then Framed me For assault on
A woman causing me problems in here with
The Police. They Falsified Documents And
had me issued a Fabricated Misbehavior
report having me put in the Box physically
Injured knowing I did nothing wrong
causing me extreme emotional Distress. I
was treated like an Animal and will never
get over what happened To me. I'll never
Be The Same. I suffered mental Anguish from
The Abuse and the indifference of the
Defendants who knew about it. First The
Assault Then the Injuries Then the Box
and Then the Inhumane treatment While
There was ongoing torture Every time I get
Searched or put on the Wall I feel Anxiety.
I have no trust For correction officers Now.
This crime made me feel worthless as a person
I have Nightmares about The incident I
have bad headaches and take medication
Daily because of this attack. The const-
itutional basis For This claim under 42 U.S.C.
1983 is 8th Amendment cruel and unusual
punishment No equal Protection 14th Intention-
al Infliction of Physical and emotional harm
sadistic and malicious Infliction of emotional
Distress, the Relief I'm seeking For This
claim is 350,000.00 150,000.00 EACH For
compensatory Damages and 25,000.00 each
Defendant For Punitive Damages.

6. Relief Sought (summary)

The relief I am seeking goes as follows:

Claim 1. 350,000.00 For assault and Battery

Claim 2. 60,000.00 For conspiracy

Claim 3. 50,000.00 For retaliation

Claim 4. 180,000.00 For No Due Process

Claim 5. 20,000.00 For unlawful confinement

Claim 6. 20,000.00 For Slander / Fraud / Falsification of records

Claim 7. 25,000.00 For Malicious Prosecution False charges

Claim 8. 60,000.00 For Deliberate Indifference cruel and unusual Punishment And Due process

Claim 9. 350,000.00 For No Equal Protection, Intentional Infliction of emotional Distress And Physical injuries, Sadistic and Malicious Infliction of Physical And emotional harm.

To summarize Plaintiff Requests 1,165,000.00 One Million one hundred and Sixty Five Thousand Dollars.

I Request trial By Judge

I Declare under penalty of Perjury The foregoing is True and Correct

I Declare The above is true and correct

Signature of Plaintiff
Jerard Whaley 7/31/16

| | | Grievance No. | | Date Filed |
|---|---|---|---|---|
| STATE OF NEW YORK | | #WDE-39520-14 | | 7/29/14 |
| DEPARTMENT OF | | Facility | | Policy Designation |
| CORRECTIONAL SERVICES | | Wende | | Institutional |
| INMATE GRIEVANCE PROGRAM | | Title of Grievance | | Class Code |
| SUPERINTENDENT | | Harassment | | #49 |
| | | Superintendent's Signature | | Date |
| | | R Kelley acting Supt | | 8/21/14 |

| Grievant | DIN | Housing Unit |
|---|---|---|
| WALKER, G. | 98A2082 | ATTICA C.F. |

This grievance is being investigated by I.G.

The Captain states this Grievance can not be investigated at the Facility.  This investigation has been turned over to the I.G.

(oh)
8/22/14

---

### APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk.  You have seven (7) working days from receipt of this notice to file your appeal.  Please state why you are appealing this decision to C.O.R.C.

_____        _____8/14_____
Grievant's Signature                              Date

_____        _____
Grievance Clerk's Signature                       Date

FORM 2133 (REV. 6/06)

INMATE GRIEVANCE 8/7/14

WDE-39520-14

G. Walker 98A2082 SHU 42/4

Description of Problem: (46) Assaulted By C.O.

ON 8/7/14 I Was Harassed, Falsely accused of assault, And Was assaulted By C.O. K. Briggs and C.O. Williams. co Williams Said She Wanted To Talk To Me and lured Me in The Back of The MessHall Where C.O. Briggs Was. I Was Watching Him. He Directed Me To Net and Soon as I Turned My Head He Struck Me 4 Times in The Skull With His Baton. C.O. Williams Struck Me once in The Head and Numerous Times in The Body. Other officers came And assaulted Me as Well. Then I Was Taken To Medical and Was Not Treated Humanely By Staff. Deliberate indifference Was evidenced By Not Treating The Pain or Giving Me anything For Pain Since This Incident occurred. I Have Submitted Sick call Slips and When The Strips come off My Head I requested emergency sick call To Have Them Replaced.

THAT request was Ignored Because I on 14
Being accused of assault on Staff. Staff is
Not helping Me.

Action requested: That a thourough investigation
Be Initiated To clear My Name and The Threats and
harassment Stops.

And That Medical Staff do Thier Duty And
Treat Me humanely so My pain can Be Mitigated.

Jerord Walben
98A2082 SHU H2/H

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____7/31/16_____

(date)

NOTE: Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.

_____

Signature(s) of Plaintiff(s)

7

Revised 05/07 WDNY

# AUTHORIZATION

### PRISONER'S CIVIL ACTION FILING FEE
### WESTERN DISTRICT OF NEW YORK

I, (print name) __GerAlD WAlKeR__ , request and
authorize the agency holding me in custody, to send to the Clerk of the United States District
Court, Western District of New York, a certified copy of the statement for the past six months
of my trust fund account (or institutional equivalent) at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse
funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C.
§ 1915 (b), to deduct those amounts from my prison trust account (or institutional equivalent),
and to disburse those amounts from my account to the United States District Court for the
Western District of New York.

> *This Authorization shall apply to any other agency into whose custody I may be
> transferred, and to any other district court to which my case may be transferred
> and by which my poor person application may be decided.*

This Authorization is furnished in connection with the commencement of a federal court civil
action, and I understand that I must pay the total amount of the filing fee, which is $350.00.

**I understand that by signing this authorization, the entire filing fee of
$350.00 will be paid to the court in installments by automatic deductions
from my prison trust fund account <u>even if my case is dismissed before the
entire amount of the fee has been deducted from my account.</u>**

Dated: __7/31__ , 20__16__.

__Jerard Walker__
Signature of prisoner

__JerArd (GerAlD) WAlKer__
Printed name of prisoner

__98A2082__
Inmate number of prisoner

WESTERN DISTRICT OF NEW YORK

_Gerald Walker 98A2082_
_____
(Name of Plaintiff or Petitioner)

MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION
-CV-

1. S. Williams        v.  4. S. Conway
2. K. Briggs              5. S. Lempke
3. John Doe         6. Brown
_____
(Name of Defendant(s) or Respondent(s))

I, _Gerald Walker_____, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis.*

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

I further declare that the responses which I have made in this affirmation below are true.

1.  Are you presently employed? Yes ✓ No_____ NYS
    My Employer's Name and Address is: DOCCS
    _____
    _____
    My Gross Monthly Wages are: $ 9.00
    If you are not presently employed, state
    Your Last Date of Employment: _____
    Your Gross Monthly Wages at that time: _____
    Is your spouse presently employed? Yes____ No____
    My Spouse's Employer's Name and Address is: _____
    _____
    _____
    My Spouse's Gross Monthly Wages are $_____

2.  Have you received any money from any of the following sources within the past twelve months?
    a.  Business, profession or self-employment? Yes____ No ✓
        If yes, state source and amount received per month $_____
    b.  Rent payments, interest or dividends? Yes____ No ✓
        If yes, state source and amount received per month $_____
    c.  Pensions, annuities, disability, or life insurance payments? Yes____ No ✓
        If yes, state source and amount received per month $_____
    d.  Gifts or inheritances? Yes____ No ✓
        If yes, state source and amount received per month $_____
    e.  Child Support? Yes____ No ✓
        If yes, state amount received each month $_____
    f.  Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes____ No ✓
        If yes, state source and amount received per month $_____
    g.  Friends, Relatives or any other source? Yes____ No ✓
        If yes, state source and amount received per month $_____
    If you have not received any money from any of the above sources, please explain how you are currently paying your expenses:
    _____
    _____
    _____

3.  What is your total gross monthly income today: $ 9.00

4.  How much cash do you have on hand? $ None

5. How much money do you have in a checking account(s)? $

6. How much money do you have in a savings account(s)? $ _____ None

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (NOTE: prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): _____ $2.00

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes _____ No __✓__
   If so, describe the property in detail and give an estimated value of the property: _____

   If you own property, are you paying off a loan or mortgage on it? Yes _____ No _____
   If yes where are you obtaining the money to make such payments _____ NA

9. If you are not an inmate, state your total monthly household expenses:
   Rent or mortgage $ _____ Food $ _____ Utilities $ _____ All other expenses $ _____
   If your monthly expenses exceed the amount of income you listed in #3 above, please explain how you are paying your expenses
   _____ NA _____

10. List all of the people who are in your household and state the amount of money each one contributes to household expenses each month: _____
    _____ NA _____

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____
    _____ NA _____

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes _____ No __✓__
    If the answer is yes, please include the court and date of filing _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7/31/16__          _Jenard Walker_
          (Date)                    (Applicant's Signature)

## PRISON CERTIFICATION SECTION

(Required for Prisoner Requests Only; Prisoner Requests Must Have This Section Completed By Prison Official)

I certify that the movant has the sum of $ _____ on account to his/her credit at the _____
_____ Correctional Facility where s/he is currently confined.
I further certify that the movant has the following securities to his/her credit according to the institution's records: _____

I further certify that the movant's average account balance was $ _____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution

Clerk of court.
   cover letter.
                                                    7/31/16

enclosed is a completed signed
   complaint form. as well as handwritten
attachments and Grievance.

2. A signed authorization

3. one completed civil cover sheet.

   I am a pro se litigant so please
Direct me how to correct Anything
I done wrong.
                              Thank you.

8/2/16

Clerk of court:

I just submitted my 42.U.S.C. 1983 complaint with poor person papers and authorization and civil cases sheet. I just recieved are inmate accounts filled out so Im sending you that also. Any help you give will be greatly appreciated.

Thank you.

C. Walter
98A2682

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

16 CV 645

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Gerald Jerrod Walker #98A2082

**DEFENDANTS** CO S. Williams (1) K. Briggs (CO) superintendents James Conway, John Lempke DSS Brown And John Doe Hendel Nurse E.T.E.

**(b)** County of Residence of First Listed Plaintiff   Seneca
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gerald Walker 98A2082 P.O. Box 119 Romulus N.Y. (Pro Se) 14541

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / Injury Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☒ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
42 U.S.C. 1983 Civil rights action
Brief description of cause:
Assault, Slander cruel and unusual punishment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 1,145,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
NYS Court of Claims   JUDGE Richard E. Sise   DOCKET NUMBER 126877   claim #

DATE 7/3/16   SIGNATURE OF ATTORNEY OF RECORD Gerald Walker   Pro Se #98A2082

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

Gerald (Jerald) Walter 98A2082
P.O. Box 119 Romulus N.Y. 14541
Five Points C.F. 11·B2·42B

Western District
United States
@ Niagra Sq.
Buffalo, N

(Attn) clerk of

Micheal

USDC - WDNY
AUG 1 0 2016
BUFFALO

USDC - WDNY
AUG 1 0 2016
BUFFALO

FIVE POINTS CORRECTIONAL
FACILITY
LEGAL MAIL ONLY